# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT

| | |
|---|---|
| FIT BODY BOOT CAMP, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUSTIN SMITH, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendant. | CASE NO. 5:23−cv−00462 WLH (SHKx)<br><br>**Assigned For All Purposes To:**<br>**Judge:**　　**Wesley L. Hsu**<br>**Magistrate: Shashi H. Kewalramani**<br><br>**STIPULATED JUDGMENT AND ORDER FOR PERMANENT INJUNCTIVE RELIEF [25]** |

　　　　IT IS HEREBY STIPULATED by and between the Plaintiff FIT BODY BOOT CAMP, INC. (hereinafter "Plaintiff" or "Fit Body") and the Defendant JUSTIN SMITH (hereinafter "Defendant" or "Justin Smith") that Judgment may be entered in favor of Plaintiff, and against Justin Smith for permanent injunctive relief that enjoins Justin Smith from violating the in-term non-compete covenant pursuant to Section 11.1 of the Franchise Agreement.  The parties to this action agree to settlement of this action without adjudication of any issue of fact or law and without Defendant admitting to any of the facts alleged in the Complaint or liability for any of the violations alleged in the Complaint.

　　　　THEREFORE, on the joint motion of the parties, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

# FINDINGS

1. This Court has jurisdiction of the subject matter and the parties pursuant to 28 U.S.C. §§ 1331 & 1338 in that Plaintiff's claims against Defendant are based upon trademark and trade dress infringement under the Lanham Act, 15 U.S.C. § 1051, et seq.

2. Venue in this District is proper as to all parties.

3. The Complaint states a claim upon which relief may be granted against Defendant for trademark infringement and unfair competition, misappropriation of trade secrets, and breach of contract for operating a competing business and unpaid royalties.

4. Defendant has entered into this Stipulated Judgment and Order for Permanent Injunction ("Order") freely and without coercion. The undersigned Defendant further acknowledges that he has read the provisions of this Order and is prepared to abide by them.

5. Plaintiff and Defendant hereby waive all rights to appeal or otherwise challenge or contest the validity of this Order.

6. Nothing in this Stipulation shall be construed in any subsequent arbitration as being an admission by any party: each party reserves the right to assert any claims and defenses they may have or may have against each other.

# ORDER

## I.

## COMPLIANCE WITH THE REMAINDER OF THE IN-TERM COVENANT PURSUANT TO THE FRANCHISE AGREEMENT

IT IS THEREFORE ORDERED that Defendant shall comply with Section 11.1 of the Franchise Agreement. In relevant part, Section 11.1 of the Franchise Agreement prohibits:

> [Franchisee to] directly or indirectly, for himself, or through, on behalf of, or in conjunction with any person, persons, partnership,

limited liability company or corporation operate, manage, own, assist or hold an interest in (direct or indirect as an employee, officer, director, shareholder, manager, member, partner or otherwise), or engage in, any "Competing Business" for the term of the Franchise Agreement. The term "Competing Business" means any business operating or granting franchises or licenses to others to operate a fitness business or business offering or selling goods or services equivalent to Fit Body Boot Camp Services and Products [as defined in Section 1 of the Franchise Agreement] or similar to the Franchised Business. Please see an incorporated and attached copy of the Franchise Agreement as "<u>Exhibit A</u>."

## II.

## DISPUTE RESOLUTION PROVISION

IT IS FURTHER ORDERED that any claims for monetary damages, by either party, may be pursued in accordance with the mediation and arbitration provisions set forth in Section 14 of the Franchise Agreement.

## III.

## RETENTION OF JURISDICTION

IT IS FURTHER ORDERED that the Complaint be conditionally dismissed without prejudice pursuant to compliance with the terms and conditions of the stipulation and that this Court shall retain jurisdiction of this matter for purposes of construction, modification, and enforcement of this Order.

**JUDGMENT IS THEREFORE ENTERED** in favor of Plaintiff and against Defendant, pursuant to all the terms and conditions recited above.

Dated: July 6, 2023

_____
HON. WESLEY L. HSU
U.S. DISTRICT JUDGE

The parties, by their respective counsel, hereby consent to the terms and conditions of this Order as set forth above and consent to the entry thereof.

Dated: June 26, 2023          BERGER HARRISON, APC

By: */s/ Benjamin Berger*_____
Benjamin Berger
Attorneys for Plaintiff Fit Body Boot Camp, Inc.

Dated: June 26, 2023          ROMERO PARK, P.S.

By: */s/ Troy Romero*_____
Troy Romero,
Attorneys for Justin Smith

STIPULATED JUDGMENT AND ORDER FOR PERMANENT INJUNCTIVE RELIEF